Julian Edward ROCHESTER, Petitioner–Appellant,

v.

Bernard McKIE, Warden of Kirkland Correctional Institution; William R. Byars, Director of SCDC; Henry M. Herlong, Jr.; US Marshals; Eric H.

---

**120**

Holder, Jr., Attorney General of the United States; Henry F. Floyd, United States District Judge; United States Government; MD McCall, Warden of Perry Correctional Institution; Nikki Haley, Governor of South Carolina; Allen Wilson, Attorney General of South Carolina; South Carolina Department of Probation, Parole, and Pardon Services; J. Page; A. Neal, Attorney; H.A. Hinton, Director of Parole Hearings; SB Glover, Director of SCDPPPS; Five Parole Judges; 212 Defendants; 29 Federal Fourth Circuit Judges; State of South Carolina; Beverly Whitfield, Clerk of Court; RL McIntosh, Judge; Oconee County; 1600 Defendants; Anderson County; Jeanette W. McBride, Clerk of Court for Richland County; 45 Additional Defendants, Respondents–Appellees.

No. 11–7038.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2012.

Decided: Feb. 9, 2012.

Julian Edward Rochester, Appellant Pro Se.

Before WILKINSON, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Edward Rochester appeals the district court's order accepting the recommendation of the magistrate judge and dismissing this action raising various civil rights, habeas corpus and mandamus claims. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Rochester v. McKie*, No. 8:11–cv–00797–JMC, 2011 WL 2671228 (D.S.C. July 8, 2011). We deny the motions for appointment of counsel, to grant appeal, for writ of prohibition, and to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*